**Joseph M. MELENDEZ, II,
Plaintiff—Appellant,**

v.

**Deputy WILLIAMS, Hampton Sheriff's
Department; Hampton Roads Region-
al Jail, Prison Health Services, Defen-
dants—Appellees.**

No. 03–7959.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Joseph M. Melendez, II, Appellant pro
se.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Joseph M. Melendez, II, appeals the dis-
trict court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint without prejudice
for failure to exhaust administrative reme-
dies. The district court properly required
exhaustion of administrative remedies un-
der 42 U.S.C. § 1997e(a) (2000). Because
Melendez did not demonstrate to the dis-
trict court that he had exhausted adminis-
trative remedies or that such remedies
were not available, the court's dismissal of
the action, without prejudice, was not an
abuse of discretion. Accordingly, we af-
firm the district court's order. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*